■ MARION BRISTOW, Respondent, v CONTI FAMILY TRUST et al., Appellants. [752 NYS2d 575] —Appeal from an order of Supreme Court, Oneida County (Grow, J.), entered February 8, 2002, which denied defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated at Supreme Court, Oneida County, Grow, J. Present— Pigott, Jr., P.J., Green, Pine, Hayes and Gorski, JJ.